IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **PABLO V. RAMIREZ,** | ) | 1:07-CV-1171 AWI WMW |
| Petitioner, | ) | ORDER DISMISSING PETITION WITHOUT PREJUDICE |
| vs. | ) | |
| **AVENAL STATE PRISON,** | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254, filed in this court on July 23, 2007.  The court has conducted an extensive initial review of the petition. The court finds that while the petition appears to be written in English, i.e., it is comprised of words from the English language, the words do not form meaningful sentences.  For this reason, the court finds the petition to be incomprehensible.  Under these circumstances, the court must reluctantly conclude that it is unable to proceed further with the petition.

Accordingly, the court HEREBY ORDERS that this petition is DISMISSED without prejudice to Petitioner's right to file a second petition for writ of habeas corpus that is written in a manner that is comprehensible.

IT IS SO ORDERED.

Dated:   **December 6, 2007**              **/s/ Anthony W. Ishii**
                                           UNITED STATES DISTRICT JUDGE